# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-09545-SPG-KS | Date | July 14, 2022 |
|---|---|---|---|
| Title | Globe Entertainment and Media, Corp. et al v. Matt Wiltsey et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, U.S. DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**     **[In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before July 28, 2022 ,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed. Plaintiff(s) have failed to file a proof of service within 90 days of the filing of the Complaint on the following Defendant(s):

**Matt Wiltsey dba Global Images USA**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-09545-SPG-KS | Date | July 14, 2022 |
|---|---|---|---|
| Title | Globe Entertainment and Media, Corp. et al v. Matt Wiltsey et al | | |

Plaintiff(s) can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**.

_____ : _____

Initials of Preparer                PG